# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ALBERT T. OWENS, JR.,

    Plaintiff,

v.        Case No. 3:21cv4815-MCR-HTC

DONALD LEAVINS, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 5, 2022 (ECF No. 5), which recommends this case be dismissed without prejudice as malicious for Plaintiff's abuse of the judicial process and because Plaintiff is a three-striker who did not pay the filing fee when he initiated this action. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation (ECF Doc. 5) is adopted and incorporated by reference in this order.

(2)   This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process.

(3)   The Clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of February 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**